UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:21-CV-40-GNS

**BRETT DECUIR**                                                                                                   **PLAINTIFF**

**V.**

**CRM DEVELOPMENT COMPANY**
**d/b/a CRM COMPANIES, AND**
**DROPPING BIRD 16, L.L.C.**                                                       **DEFENDANTS**

## AGREED ORDER

Whereas all claims in this action have been resolved and are to be dismissed with prejudice with each party to bear his or its own costs incurred herein; the Court having considered this matter and being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. All claims in this action are dismissed, with prejudice, with each party to bear his or its own costs incurred herein.

2. This action is stricken from the docket.

Greg N. Stivers, Chief Judge
United States District Court

June 11, 2021

1

*/s/ Anne L. Gilday, Esq. w/permission*
Anne L. Gilday, Esq.
The Lawrence Firm
606 Philadelphia St.
Covington, Kentucky 41011
COUNSEL FOR PLAINTIFF

*/s/ Carter T. Hastings, Esq.*
Carter T. Hastings, Esq.
(application for *pro hac vice* pending)
Anderson Alexander, PLLC
819 N. Upper Broadway
Corpus Christi, Texas 78401
COUNSEL FOR PLAINTIFF

*/s/ Kara Read Marino w/permission*
Kara Read Marino, Esq.
HENRY WATZ RAINE & MARINO, PLLC
401 West Main Street, Suite 314
Lexington, KY 40507
COUNSEL FOR DEFENDANTS

Y:\KRM\CRM\Decuir Brett\Pleadings\Agreed Order Dismissal.docx